IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

          Plaintiff,

      vs.                                Case No. 07-10142-14-JTM

BRADLEY GRAVES,

          Defendant.

## MEMORANDUM AND ORDER

      Presently before the court is defendant Bradley Graves' pro se motion to dismiss counsel (Dkt. No. 261).  The motion is denied as moot.  Further, the defendant is directed not to file additional motions with the court, except through his counsel.

      IT IS ACCORDINGLY ORDERED this 26th day of February, 2008, that defendant Bradley Graves' motion to dismiss counsel (Dkt. No. 261) is denied as moot.

                                                               s/ J. Thomas Marten
                                                              J. THOMAS MARTEN, JUDGE